PUBLIC LOAN CORPORATION OF FAYETTEVILLE *v.* ELKINS.

5-436                                                      271 S. W. 2d 354

Opinion delivered October 4, 1954.

*Wade & McAllister,* for appellant.

PER CURIAM. The facts and issues in this case are essentially the same as those involved in *Public Loan Corporation of Fayetteville* v. *Lillian H. Peterson and Olan Peterson, ante.* The decision in that case is controlling here, and the decree is accordingly affirmed.